# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ANDI MILLARD,

**CASE NO.**  C06-3909 JF/ADR

Plaintiff(s),

**NOTICE OF NEED FOR MEDIATION
(ADA ACCESS CASES)**

v.

HOBEE'S CALIFORNIA RESTAURANT;
TABER FOOD SERVICES, INC.; EL
CAMINO-PALO ALTO, LLC; and DOES
1-25, Inclusive,

_____ Defendant(s). _____ /

    Plaintiff reports that the joint site inspection occurred on     October 16, 2006
Although 45 days have passed, the parties have not reached an agreement. In accordance with General
Order No. 56, the matter should be set for mediation.

Dated: 12/5/06

*Julie McLean*

Attorney for Plaintiff

IT IS SO ORDERED.   12/18/06

Judge Jeremy Fogel, US District Court

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"Notice of Need for Mediation."

---